IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DANNY ANDERSON**                                                                                          **PLAINTIFF**

V.                                                  4:09-CV-00554-WRW

**UNITED TRANSPORTATION UNION**                                                     **DEFENDANT**

**ORDER**

On July 24, 2009, Plaintiff filed a motion for leave to proceed *in forma pauperis* that indicated that within the past twelve months he "received income from rent payments, interest or dividends; pension, annuity, or life insurance payments; and disability or worker's compensation payments."[1] Since Plaintiff did not describe the amount of money he received from each source or expected to receive in the future, he was directed Plaintiff "re-file his *complete* Motion by 5:00 p.m. on Thursday, August 13, 2009."[2]  On August 18, 2009, Plaintiff requested an extension fo time to pay the filing fee.  The motion was granted and Plaintiff was directed "to pay the $350.00 filing fee by September 13, 2009, or his case will be dismissed without prejudice."[3]

To date, Plaintiff has not paid the filing fee.  Accordingly, this case is DISMISSED for failure to prosecute.

IT IS SO ORDERED this 4th day of December, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 1.

[2] Doc. No. 4 (emphasis in original).

[3] Doc. No. 7.